THEODORE KOSLOVKI, Appellant, *v.* INTERNATIONAL HEATER COMPANY, Respondent.

*Koslovki* v. *International Heater Co.,* 75 App. Div. 60, affirmed.
(Argued May 13, 1904; decided May 31, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 31, 1902, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*Josiah Perry* for appellant.

*P. C. J. De Angelis* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and WERNER, JJ.